RCVD - USDC - CHAS, SC
2026 FEB 6 PM 2:11

# CUSTODIAN-DIRECTED HABEAS INQUIRY

**(Non-Custodial Restraint | Special Cause – De Novo)**

**District of South Carolina**

**(In Chambers)**

**TO:**

Any **Clerk of Court, Deputy Clerk, Register of Deeds, Recorder, Administrative Officer,** or **Office** within the District of South Carolina, or acting under color of authority therein, who is presently exercising **actual or constructive restraint** over the filing, docketing, recording, or processing of lawful instruments tendered by:

**STCJ NETWORK RVOC LIVING TR,**
by and through its Trustee, **Samuel Collins Jr.**, living man,
C/O: 2398 Hotel St., Alcolu, SC 29001.

## NOTICE AND DIRECTION

You are hereby **directed and noticed** that a **Verified Bill in Equity for Writ of Habeas Corpus (Non-Custodial Restraint | Emergency)** has been tendered invoking **equitable conscience review** of restraint imposed through administrative refusal or inaction.

This Inquiry issues to determine the **lawful cause, if any,** for the continued restraint of the Trust and its Trustee from acting in fiduciary capacity.

## I. CAPACITY AND POSTURE

This Inquiry concerns **non-custodial restraint.**
It does **not** concern criminal merits, property merits, priority disputes, or entitlement.

The Trustee appears **in equity**, not at law, and does not consent to administrative joinder, waiver, or presumption.

## II. DESCRIPTION OF THE RESTRAINT

The restraint complained of consists of **refusal, failure, or obstruction** in accepting, filing, docketing, or recording lawful instruments tendered in good faith, including but not limited to:

- affidavits asserting equitable claim to abandoned or unclaimed property;
- trust conveyances and trust transfer grant deeds;
- notices required to perfect possession, administration, and public notice.

Such refusal or inaction **immobilizes the Trust**, restrains the Trustee's fiduciary performance, and suppresses lawful access to remedies, settlement, and accounting.

This restraint exists **without physical detention**, yet operates with **equivalent coercive effect upon liberty and capacity.**

### III. DEMAND FOR LAWFUL CAUSE

You are hereby **required to state and justify**, in writing, **the lawful cause**—if any—for the restraint described above.

Specifically, equity demands that you set forth:

1. **By what lawful authority** the Trust and its Trustee are restrained from filing, recording, or otherwise acting;

2. **By what lawful cause** the tendered instruments were refused, withheld, or not processed;

3. **How such restraint may continue** without violating principles of equity, conscience, and fiduciary duty.

Reliance upon silence, internal policy, administrative convenience, custom, or presumption **does not satisfy this Inquiry.**

### IV. FIDUCIARY NOTICE

By receiving, processing, or controlling access to filing, docketing, or recording functions, you act in a **fiduciary posture** as to the liberty and capacity of those tendering lawful instruments.

A refusal that restrains fiduciary action **without lawful cause shown** constitutes **breach of fiduciary duty** cognizable in equity.

### V. TIME FOR RESPONSE

A **prompt, good-faith response** is required.

Failure to respond, delayed response, or response that avoids the substance of this Inquiry shall be treated as a **failure to show lawful cause** and preserved as evidence of continued restraint.

### VI. PRESERVATION

This Custodian-Directed Habeas Inquiry is issued to **preserve the equity record** and is **expressly preserved for supervisory and appellate review** should the restraint continue or be avoided.

## VII. RESERVATION

All rights are expressly reserved.
No presumptions are conceded.
No jurisdiction at law is accepted.
This Inquiry proceeds **in equity alone.**

**Respectfully directed,**

By: *Samuel Tucker Collins Jr*

**Samuel Collins Jr.**, Trustee
**STCJ NETWORK RVOC LIVING TR**
C/O: 2398 Hotel St.
Alcolu, South Carolina 29001
(803) 410-6608
*January 6, 2026*

Served upon:

- **Clerk of Court**, U.S. District Court – District of South Carolina
  Lauren T. Maxwell
  **U.S. District Courthouse**
  85 Broad Street
  Charleston, SC 29401

- **Rebecca Massey, Clarendon County Register Of Deeds**
  411 Sunset Drive
  Manning South Carolina 29102

- **Bryan Sterling, Office of the United States Attorney**
  District of South Carolina (notice only)
  Wells Fargo Building
  1441 Main Street Suite 500
  Columbia, SC 29201

Method: ☐ hand delivery ☐ certified mail ☐ registered mail ☐ overnight courier