**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| STJC Network Revocable Living Trust, by and through Steward Trustee Samuel Tucker Collins, Jr., | Case No. 2:26-cv-508-RMG |
| Pentitioner, | **ORDER** |
| v. | |
| Rebecca Massey, Clarendon County Register of Deeds, | |
| Respondent. | |

This matter is before the Court upon the Report and Recommendation (R&R) of the Magistrate Judge (Dkt. No. 5), recommending summary dismissal of this action. The Plaintiff was advised that he had 14 days (plus three additional days for mailing) to file written objections to the R & R, and a failure to timely submit written objections would result in limited clear error review and waiver of the right to appeal the district court's decision to the court of appeals. (*Id.* at 8). Plaintiff filed no objections to the R & R.

I.   **Background**

Plaintiff, acting pro se, titles this action "Custodian Directed Habeas Inquiry" and it appears to be a repeated effort to challenge a writ of ejectment issued by the Clarendon County Magistrate's Court that directed the Clarendon County Sheriff to remove Petitioner from certain real property. This earlier suit, *Collins v. Massey*, C.A. No. 2:26-86 (D.S.C. April 10, 2026), was summarily dismissed as failing to assert a cognizable federal claim and was barred by the *Younger* abstention doctrine.

1

The Magistrate Judge recommends that this present action be summarily dismissed because it fails to assert a cognizable federal claim. Further, although asserted as a habeas petition, the Petitioner is not detained or incarcerated. The Magistrate Judge further finds that the petition simply seeks to relitigate the same issues the Court previously dismissed in April. Additionally, the Magistrate Judge finds that the effort to challenge the ongoing legal proceedings involving the ejectment action in state court is barred by the *Younger* abstention doctrine. (Dkt. No. 5 at 4-6).

## II.    Legal Standard

### A.  Magistrate's Report and Recommendation

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a de novo determination of those portions of the R&R to which specific objections are made. *See* 28 U.S.C. § 636(b)(1). Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. Where the petitioner fails to timely file any specific objections, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citation and punctuation omitted).

### B.  Pro Se Pleadings

This Court liberally construes complaints filed by *pro se* litigants to allow the development of a potentially meritorious case. *See Cruz v. Beto*, 405 U.S. 319, 322 (1972); *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). The requirement of liberal construction does not mean that the Court can ignore a clear failure in the pleadings to allege facts which set forth a viable federal claim, nor

can the Court assume the existence of a genuine issue of material fact where none exists. *See*

*Weller v. Dep't of Soc. Servs.*, 901 F.2d 387, 391 (4th Cir. 1990) (citation omitted).

**III.     Discussion**

After a careful review of the record and the R&R,  the Court finds that the Magistrate Judge

ably summarized the legal and factual issues in this matter and correctly concluded that this action

is subject to summary dismissal.

**IV.     Conclusion**

For the foregoing reasons, the R&R (Dkt. No. 5) is **ADOPTED** as the Order of the Court

and this action is **SUMMARILY DISMISSED**.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

July 1, 2026
Charleston, South Carolina